8244_32729

1  DENNIS G. MCCARTHY, Esq.      (SBN 118178)
   DERRIC G. OLIVER, Esq.        (SBN 290439)
2  FENTON & KELLER
   A Professional Corporation
3  2801 Monterey-Salinas Highway
   Post Office Box 791
4  Monterey, California  93942-0791
   Telephone:    (831) 373-1241
5  Facsimile:    (831) 373-7219
   Email: DMcCarthy@FentonKeller.com
6  Email: DOliver@FentonKeller.com

7  Attorneys for Defendant
   GEORGE L. MEE MEMORIAL HOSPITAL
8  aka MEE MEMORIAL HOSPITAL

**GRANTED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| | |
|---|---|
| 13  DAVID G. CONTRERAS | CASE NO.: 5:15-CV-03963-BLF |
| 14         Plaintiff, | **STIPULATION RE [PROPOSED] DISCOVERY SCHEDULE AND DEADLINES TO TRIAL** |
| 15  v. | |
| 16  GEORGE L. MEE MEMORIAL HOSPITAL aka MEE MEMORIAL HOSPITAL, a California Non-Profit Entity, and DOES 1-10, | Date of Filing:    August 31, 2015 |
| 17 | Trial Date:        September 11, 2017 |
| 18         Defendants. | |

19

20      Pursuant to the Court's December 10, 2015 Case Management Order, the parties have

21  met and conferred and file this Stipulation Re [Proposed] discovery schedule and deadlines to

22  trial:

23

| **DESCRIPTION** | **DATE / DEADLINE** |
|---|---|
| Last day to amend pleadings or add parties: | December 30, 2016 |
| Fact discovery cutoff | March 31, 2017 |
| Last day to disclose expert witnesses: | June 1, 2017 |
| Expert discovery cutoff | July 28, 2017 |

28  ///

{DGM-525262;1}

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

STIPULATION RE [PROPOSED] DEADLINES / CASE NO.: 5:15-CV-03963-HRL

Dated: January 12, 2016

FENTON & KELLER, PC

By: _____
Dennis G. McCarthy, Esq.
Derric G. Oliver, Esq.
Attorneys for Defendant
GEORGE L. MEE MEMORIAL HOSPITAL
aka MEE MEMORIAL HOSPITAL

Dated: January 12, 2016

By: _____
David Hagan, Esq.
Attorneys for Plaintiff DAVID CONTRERAS